PROB 22
(Rev. 5/2015)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
2:09-CR-83-DLB

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Richaz Lewis aka Nation | Eastern District of Kentucky | Northern Division at Covington |
| | NAME OF SENTENCING JUDGE | |
| | Honorable David L. Bunning, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/26/2018 | TO 9/25/2026 |

OFFENSE

Conspiracy to Distribute with Intent to Distribute 50 Grams or More of Cocaine Base (Crack Cocaine)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____KENTUCKY_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of Ohio_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_30 May 19_
*Date*

_[signature]_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____OHIO_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 6, 2019_
*Effective Date*

_[signature]_
*United States District Judge*