# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-cr-347 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAEL LEWIS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on April 5, 2024. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on December 3, 2024. The defendant admitted to the following violations:

1. New Law Violation;
2. Consuming Alcohol;
3. Possession of Illegal Substance; and
4. Associating with Person Convicted of Felony.

The magistrate judge filed a report and recommendation on December 4, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 3.[1]

---

[1] The government withdrew violation numbers 2 and 4.

A final supervised release violation hearing was conducted on January 3, 2025. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Assistant Federal Public Defender Carolyn Kucharski, representing the defendant; the defendant Michael Lewis, and United States Probation Officer Alexander Lucas.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 8 months. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. No supervised release to follow.

**IT IS SO ORDERED**.

Dated: January 3, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**